IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MIN. NEGUS KWAME FAHIM ASIEL-DEY, ) ) ) Plaintiff, ) ) v. ) ) SANTANDER CONSUMER USA, INC, and ) VERLEY MATTHEW CRAPS, ) ) Defendants. ) | CV 117-006 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendant Craps for failure to timely effect service, and **DISMISSES** Defendant Craps from this case.

SO ORDERED this 17th day of July, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA