IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
MIN. NEGUS KWAME FAHIM        *
ASIEL-DEY,                    *
                              *
         Plaintiff,           *
                              *    CV 117-006
    v.                        *
                              *
SANTANDER CONSUMER USA, INC., *
                              *
         Defendant.           *
```

**O R D E R**

On August 29, 2018, this Court issued a Show Cause Order, whereby Plaintiff was ordered to show cause, in writing, as to why this Court should not dismiss the case for Plaintiff's failure to prosecute. In particular, Plaintiff was directed that he <u>must</u> (1) submit a response to Defendant's motion to dismiss; and (2) file a written explanation of his apparent refusal to communicate with defense counsel as directed by this Court.

Plaintiff mailed his "response" to this Court's Order of August 29, 2018, on the final day of the deadline, September 12, 2018. Within his response, Plaintiff states that he "do[es] not have to follow the rules of the [Federal Rules of Civil Procedure" and that "NO COMMUNICATION FROM ME TO [] DEFENSE COUNSEL IS FORTHCOMING." (Doc. 23.)

Plaintiff has now confirmed and demonstrated his refusal not only to prosecute this action but to submit to the jurisdiction (and rules) of this Court. Accordingly, as forewarned by the Court, the captioned matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all pending motions and deadlines and to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA